UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS M. ENGEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　Defendants. | Case No. 2:20-cv-00893-JAM-JDP (PS)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT<br><br>ECF No. 8 |

　　　Plaintiff moves to amend the complaint, ECF No. 8, and has filed a first amended complaint, ECF No. 9. Plaintiff may amend once as a matter of course. Fed. R. Civ. P. 15(a)(1). Thus, plaintiff's motion is granted.

IT IS SO ORDERED.

Dated:　November 12, 2020

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28